UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through his mother LISA RUSSELL and LISA RUSSELL,<br><br>            Plaintiffs,<br><br>     v.<br><br>LODI UNIFIED SCHOOL DISTRICT; CATHY NICHOLS-WASHER; PAT WHITE; STEPHANIE SEABOURN; and THERESA SERFACE,<br><br>            Defendants. | No.  2:16-CV-00062 JAM-EFB<br><br>**RECUSAL ORDER** |

    Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

1

1     IT IS FURTHER ORDERED that the Clerk of the Court reassign
2  this case to another judge for all further proceedings and that
3  the Clerk of the Court make appropriate adjustment in the
4  assignment of civil cases to compensate for this reassignment.
5     IT IS SO ORDERED.
6  DATED: January 12, 2016

                                    /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    United States District Court Judge

2