UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through his mother LISA RUSSELL, and LISA RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>LODI UNIFIED SCHOOL DISTRICT; CATHY NICHOLS-WASHER; PAT WHITE; STEPHANIE SEABOURN; and THERESA SERFACE,<br><br>Defendants. | No. 2:16-cv-0062-MCE-EFB<br><br><br><br>ORDER |

Plaintiffs seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiffs' declarations make the showing required by 28 U.S.C. §1915(a). *See* ECF No. 2. Accordingly, the request to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4. The Clerk of Court shall send plaintiff five USM-285 forms, one summons, and a copy of the complaint. Plaintiff is advised that the U.S. Marshal will require: (1) one completed summons; (2) one completed USM-285 form for each defendant; (3) a copy of the complaint for each defendant; and (4) a copy of this order.

/////

/////

1  The U.S. Marshal shall serve process without prepayment of costs.  The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

DATED: January 21, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE