1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  C.R., by and through his mother LISA          No. 2:16-cv-00062-MCE-EFB
   RUSSELL, and LISA RUSSELL,
10
                   Plaintiffs,
11                                                **ORDER**
           v.
12
   LODI UNIFIED SCHOOL DISTRICT,
13 et al.,

14                 Defendants.

15

16        Upon review of the docket, it appears that Plaintiffs have inadvertently neglected

17 to redact the minor's first name in paragraph 37 of the Complaint (ECF No. 1) and

18 paragraph 39 of the Amended Complaint (ECF No. 19).  The Court therefore orders that

19 ECF Nos. 1 and 19 be sealed to prevent further disclosure to the public.

20        In addition, Plaintiffs are ordered to appropriately redact the minor's name in

21 paragraph 37 of the Complaint (ECF No. 1) and paragraph 39 of the Amended

22 Complaint (ECF No. 19), and re-file both documents as soon as possible, but no later

23 than March 16, 2017.

24        IT IS SO ORDERED.

25 Dated:  March 3, 2017

26

27                                              _____
                                                MORRISON C. ENGLAND, JR.
28                                              UNITED STATES DISTRICT JUDGE

                                                1