LOREN L. LUNSFORD, ESQ. (#213966)
**THE LUNSFORD LAW FIRM**
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 633-0737
Email: loren@thelunsfordlawfirm.com

Attorneys for Plaintiffs
C.R. and Lisa Russell

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through his mother LISA RUSSELL, and LISA RUSSELL<br><br>Plaintiffs,<br><br>v.<br><br>LODI UNIFIED SCHOOL DISTRICT; CATHY NICHOLS-WASHER; PAT WHITE; STEPHANIE SEABOURN; and THERESA SERFACE<br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-00062-MCE-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

We, the undersigned attorneys for the parties herein, hereby stipulate that this action in its entirety is settled and should be dismissed with prejudice. Plaintiffs hereby dismiss the Complaint with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All parties shall bear their own costs, expenses, and attorney fees incurred herein.

/ / /

/ / /

THE LUNSFORD LAW FIRM

| | |
|---|---|
| | Respectfully submitted, |
| DATED: September 21, 2017 | **THE LUNSFORD LAW FIRM** |
| | /s/ Loren Lunsford |
| | LOREN L. LUNSFORD |
| | Attorney for Plaintiffs |
| DATED: September 21, 2017 | **MCARTHUR & LEVIN, LLP** |
| | /s/ Rodney L. Levin |
| | Rodney L. Levin |
| | Attorney for Defendants |

**ORDER**

Pursuant to stipulation, and for good cause shown, the parties' request to dismiss this action with prejudice is hereby granted. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 21, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE